

# Charles River Trader

## Multi-Asset Order and Execution Management

Charles River IMS provides a comprehensive Order and Execution Management System (OEMS) seamlessly integrated with data, FIX connectivity, and trade analytics. Extensive trade decision support capabilities help traders find liquidity, execute trades across all asset classes and currencies, and helps ensure trades are compliant.

### One Solution for the Entire Trade Lifecycle

By combining OMS and EMS functionality, Charles River provides the tools traders need to work more productively from a single trade blotter. Traders can manage trade execution strategies, streamline complex workflows into "one-click" execution, act on an entire program as if acting on a single order, and monitor market data and security updates for active orders.

Charles River IMS eliminates the multiple interfaces, fragmented workflows, and order staging problems inherent in utilizing separate order and execution management platforms. Traders no longer have to switch between systems or re-key critical information, helping save time and reduce errors. Benefits beyond the trading desk include improved compliance and auditing, reduced operational risk, and simpler infrastructure.

**Benefits**

- Supports collaboration between portfolio managers and traders
- Multi-Asset OEMS provides both core trading foundational elements and curated asset class coverage.
- Automation and streamlined operations allow traders to focus their attention where it's needed

The OEMS provides a real-time dashboard for managing daily trading operations, workflows and execution. Dynamic trade blotter columns visually show real-time data changes — execution status, order status and gain/loss — via color and magnitude displays. Within the blotter, traders can import orders from spreadsheets or files.

Tight integration with Charles River Compliance allows traders to monitor compliance across the entire trade lifecycle. Users can reduce errors and risk by identifying potential issues before a trade is executed. Advanced FIX auto-routing evaluates order characteristics, real-time market data, and pre-trade TCA calculations, enabling intelligent order routing to preferred venues and brokers. Trader also includes an order classification/trade automation engine to allow firms to categorize assets for more effective distribution of trading engagement, and auto-routing capabilities to allow lower touch orders to proceed to execution hands-free.

### Integration with Portfolio Management Activities

Charles River's OEMS offering connects the trader and portfolio manager through a shared platform. Full integration with portfolio management functions helps enable better communication between traders and portfolio managers by allowing portfolio managers to monitor the status of their orders in real time.

## Global Connectivity

The Charles River Network enables fast and reliable direct access between buy-side clients and sell- side brokers. It supports global electronic trading via FIX, provides access to over 700 global liquidity venues and enables broker neutral, low-latency connectivity to all major trading destinations worldwide.

Traders can quickly send orders directly from the blotter to multi-broker trading venues, crossing networks, broker algorithms, program desks, alternative trading systems, dark pools, and smart routers. Connections are certified, tested and monitored by dedicated Charles River Network operations teams.

**Shared Views for Portfolio Managers and Traders**

- Real-time shared view of the order blotter with trading
- Event-driven market data and order alerts
- Next-gen visualizations
- Fixed income price discovery and data aggregation

Charles River offers clients complete FIX software administration, connectivity management and support for each sell-side broker and trading destination. These services help eliminate the need for client FIX network administration and increase network reliability through continuous monitoring and ongoing testing and certification.

## FIX Network Highlights



**Reliable point-to-point connectivity**



**Seamless access to both broker cash desks and algorithms ECNs, ATSs, fixed income, and FX venues**



**Monitor IOIs, fills, real-time pricing, trade, and end to end connectivity status**



**Connect via dedicated telecommunication infrastructure**

Statistics as of July 2023

Charles River® Development, A State Street Company

Information Classification: General

## Execution Management Capabilities

Our Execution Management framework is linked to both our core order management functions and leverages Charles River's open API capabilities to connect with our 900+ partners in our expanded ecosystem.



## Execution Management Highlights

- Algorithmic Trading Integration
- Automated Order Routing and Broker Wheel
- Integrated Watch Lists
- Interactive Level I, Level II Display

- Price Snapping
- Integrated Pre-trade, In-trade
- Post-Trade TCA Program & List Trading Support
- Direct Sell-Side Integration
- Short Locate

# Charles River Trading Ecosystem

Charles River's order and execution management ecosystem significantly extends native OEMS functionality, enabling firms to seamlessly access their preferred liquidity venues, transaction cost analysis (TCA) and application providers directly from Charles River IMS. Our order classification and trade automation engine allows firms to categorize assets for more effective distribution of trading engagement. Auto-routing capabilities allow lower-touch orders proceed to execution efficiently. Clients can also source internally produced algos, data and analytics to help meet the unique demands of their investment process and asset mix.



# One Platform for all Asset Classes



### Equities
- Manage orders based on country, level of liquidity and estimated cost impact
- Auto route low touch orders
- Monitor intra-day implementation shortfall in real-time via gain/loss indicators and program slippage screens
- Configurable Broker Wheel functionality
- List/portfolio trading enabled
- Enable IOIs, dark pools and integration with block trading and crossing systems



### Broker Wheel
- Selects the execution broker and strategy from a list of execution destinations
- Supports equities, futures, options, and fixed income orders
- Configure multiple wheels, with either brokers or execution algos as members of a broker wheel
- Specify either equal (random) or custom weighted options for selection methodology
- Leverage Approved/Restricted broker rules and specify the number of times the broker wheel will re-spin to find a valid destination, when funds are restricted from certain brokers



### Fixed Income
- Best in Class Price Discovery & Data Aggregation, including trade data such as MSRB, TRACE, Inventory/Axes from Neptune, Tradeweb, MarketAxess and Direct Dealers
- Streamlined new issue workflows via certified interfaces with S&P InvestorAccess, DirectBooks, Liquidnet, and Tradeweb
- Enable order routing decisions based on Fixed Income specific execution analysis metrics
- Connectivity to all major venues, and aggregates quote and inventory data on a centralized platform
- End to end syndicated loans functionality



### FX/Cash Management
- Efficient FX and Cash management functionality
- Embedded cash ladder and forecast functionality
- Integrates with leading global FX execution venues including FXall, FX Connect® and 360T
- Auto FX enables easy currency risk hedging
- Easily manage FX forward rolls
- Utilize FX algos for automated execution

# One Platform for all Asset Classes *(Continued)*



### Derivatives

- Broad OTC instrument coverage and set up
- SEF connectivity to Tradeweb and Bloomberg
- Leverage embedded swap valuation and analytics
- Listed Derivative embedded market data
- Advanced sell-side listed derivative connectivity to brokers and venue

# Trade Automation and Routing





### Automation & Classification Framework

- Evaluate order characteristics, market conditions and/or pre-trade TCA information to help automate workflows
- Multi-asset classification engine
- Supports broad set of attributes for classification – Order, Security, and external data.
- Seamless integration with Auto Routing and Broker Wheel
- Use order classification rules and and/or auto-routing rules using criteria such as order size or % ADV to route orders to a specific wheel



# Charles River Development,
# A State Street Company

Investment firms, asset owners, wealth managers, hedge funds and insurers in more than 30 countries rely on Charles River's front and middle office investment management platform to manage nearly US$58 Trillion in assets. Together with State Street's middle and back office capabilities, Charles River's cloud-deployed software technology forms the foundation of State Street Alpha®. The Charles River Investment Management Solution (Charles River IMS) is designed to automate and simplify the institutional investment process across asset classes, from portfolio management and risk analytics through trading and post-trade settlement, with integrated compliance and managed data throughout. Charles River's growing partner ecosystem enables clients to seamlessly access external data and analytics, applications and liquidity venues that support the demands of their product and asset class mix. Headquartered in Burlington, Massachusetts, we serve clients globally with more than 1,250 employees in 11 regional offices.

(Statistics as of Q2 2023)

Learn more at **crd.com/trading**

Charles River Development - A State Street Company is a wholly owned business of State Street Corporation (incorporated in Massachusetts).

This document and information herein (together, the "Content") is subject to change without notice based on market and other conditions and may not reflect the views of State Street Corporation and its subsidiaries and affiliates ("State Street").  The Content is provided only for general informational, illustrative, and/or marketing purposes, or in connection with exploratory conversations; it does not take into account any client or prospects particular investment or other financial objectives or strategies, nor any client's legal, regulatory, tax or accounting status, nor does it purport to be comprehensive or intended to replace the exercise of a client or prospects own careful independent review regarding any corresponding investment or other financial decision. The Content does not constitute investment research or legal, regulatory, investment, tax or accounting advice and is not an offer or solicitation to buy or sell securities or any other product, nor is it intended to constitute any binding contractual arrangement or commitment by State Street of any kind. The Content provided was prepared and obtained from sources believed to be reliable at the time of preparation, however it is provided "as-is" and State Street makes no guarantee, representation, or warranty of any kind including, without limitation, as to its accuracy, suitability, timeliness, merchantability, fitness for a particular purpose, non-infringement of third-party rights, or otherwise. State Street disclaims all liability, whether arising in contract, tort or otherwise, for any claims, losses, liabilities, damages (including direct, indirect, special or consequential), expenses or costs arising from or connected with the Content. The Content is not intended for retail clients or for distribution to, and may not be relied upon by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to applicable law or regulation. The Content provided may contain certain statements that could be deemed forward-looking statements; any such statements or forecasted information are not guarantees or reliable indicators for future performance and actual results or developments may differ materially from those depicted or projected. Past performance is no guarantee of future results. No permission is granted to reprint, sell, copy, distribute, or modify the Content in any form or by any means without the prior written consent of State Street.

The offer or sale of any of these products and services in your jurisdiction is subject to the receipt by State Street of such internal and external approvals as it deems necessary in its sole discretion. Please contact your sales representative for further information. State Street may from time to time, as principal or agent, for its own account or for those of its clients, have positions in and/or actively trade in financial instruments or other products identical to or economically related to those discussed in this communication. State Street may have a commercial relationship with issuers of financial instruments or other products discussed in this communication.

©2023 STATE STREET CORPORATION