UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Intercurrency Software LLC,**<br><br>v.<br><br>**State Street Bank and Trust Company, et al** | **Case No. 2:24-cv-079-JRG**<br>(Lead Case)<br><br>**Jury Trial Demanded** |
| **Intercurrency Software LLC,**<br><br>v.<br><br>**eToro Group Ltd.** | **Case No. 2:24-cv-116-JRG**<br>(Member Case) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Intecurrency Software LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant eToro Group Ltd., pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  May 31, 2024

Respectfully Submitted,

*/s/ Christopher A. Honea*
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Friday, May 31, 2024.

*/s/ Randall Garteiser*
Randall Garteiser